# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISION

| | |
|---|---|
| In Re: | Case No. 19-00593-KMS |
| Tommy A. Meredith | Chapter 13 |
| Debtor. | Judge Katherine M. Samson |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

  Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

  D. Anthony Sottile
  Authorized Agent for Home Point Financial Corporation
  394 Wards Corner Road, Suite 180
  Loveland, OH 45140
  Phone: 513.444.4100
  Email: bankruptcy@sottileandbarile.com

Dated: February 20, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on February 20, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Richard R. Grindstaff, Debtor's Counsel
    grandstaf@yahoo.com

    J. C. Bell T1, Chapter 13 Trustee
    mdg@jcbell.net

    Office of the United States Trustee
    ustpregion05.ja.ecf@usdoj.gov

I further certify that on February 20, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Tommy Meredith, Debtor
    1550 Clark Travis Lane NE
    Brookhaven, MS 39601

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com